IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR220 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ELIODORO CABRERA, JR., | ) | |
| DONALD F. NORDEN, | ) | |
| SHAWN A. MALESKER, and | ) | |
| LANCE M. WOLFE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion of defendant Eliodoro Cabrera, Jr., (Cabrera) to compel discovery, preserve evidence, reweigh evidence, and for leave to file further motions (Filing No. 60). The progression order (Filing No. 43) provides in part in Paragraph 3:

> In the event that any motions are filed seeking bills of particulars or discovery of facts, documents, or evidence, as part of the motion **the moving party shall** recite that counsel for the movant has conferred with opposing counsel regarding the subject of the motion in an attempt to reach agreement on the contested matters without the involvement of the court and that such attempts have been unsuccessful. The motion shall further state the dates and times of such conferences.

Cabrera's counsel has failed to include in his "boiler plate" motion the required consultation with government's counsel as to what will or will not be disclosed. Accordingly, the motion will be denied.

**IT IS SO ORDERED.**

DATED this 22nd day of October, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge